# United States District Court
## Violation Notice

| CVB Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| VS-SØ | V 0127321 | Webb Mark | |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm dd yyyy): 01-15-2008 1535hrs
Offense Charged: ☒ CFR ☐ USC — 1.218(b)(5) — STATE CODE

Place of Offense: VAMC Room # 133-3A

Offense Description: Destruction of Property (willful)

### DEFENDANT INFORMATION
Phone: (304) 683-9747

Last Name: Broadnax
First Name: Ethelbert
MI: C

Street Address: P.O. Box 5102
City: Beckley
State: WV
ZIP Code: 25801

Drivers License No: [redacted]
D.L. State: WV
Social Security No: [redacted]

☒ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female
Hair: BK  Eyes: BN  Height: 5-08  Weight: 169

### VEHICLE DESCRIPTION
Tag No / State / Year / Make/Model / Color / VIN

**IF BOX A IS CHECKED YOU MUST APPEAR IN COURT**  ☒ A
**IF BOX B IS CHECKED YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT**  ☒ B

PAY THIS AMOUNT: $500.00
+ $25 Processing Fee
$525.00 Total Collateral Due

### YOUR COURT DATE
Court Address: 110 North Heber Street, Beckley WV 25901

X Defendant Signature: Defendant left property

VA FORM 9019 JUN 2005

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on January 15, 2008 while exercising my duties as a law enforcement officer in the Southern District of West Virginia

I responded to Flr 3A at 1535 hours on a destruction of property call upon my arrival, I spoke with Nurse Janet Sipilovic and she advised me that patient Broadnax admitted to her that he had bent the IV pole on a hospital wheelchair he was using. I also spoke with patient Rolie Stover in Rm # 3A-133 and he advised me that he observed patient Broadnax screaming and jerking and pulling on the armrest of his bed and bed of it after speaking with witnesses I observed the bent armrest and the bent IV pole. Patient Broadnax signed out AMA prior to my arrival. A copy of this citation will be mailed to patient Broadnax. Photos were taken of damaged property.

The foregoing statement is based upon
☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 01-15-2008 [Officer's Signature]

Probable cause has been stated for the issuance of a warrant

Executed on _____ [Magistrate Judge signature]

**FILED MAR 4 2008**
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia