```
Session: 2008March11            Division: Bky              Courtroom: crtroom211
Session Date: 2008/03/11        Session Time: 09:45
Judge: VanDervort, R. Clarke
Reporter: Courtflow


Clerk(s):
  Keene, Melissa

US Attorney(s):
  AUSA, None
  File, John L.

Public Defender(s):
  Bungard, David R.
  Lancaster, Jr., George H.

Prob. Officer(s):
  Gwinn, Jeff

Court interpreter(s):
```

---

```
Case ID: 0001
              Case number: 5:08-mj-0024
              Plaintiff:
              Plaintiff Attorney:
              Defendant: Broadnax, Ethelbert C
              Co-Defendant(s):
              Pers/Panel  Attorney:
              US Attorney: File, John L.
              Public Defender: Bungard, David R.


  2008/03/11
    10:45:14 - Operator
        Recording:
    10:45:14 - New case
        Broadnax, Ethelbert C
    10:45:45 - General:
        Petty Offense
    10:46:23 - Judge: VanDervort, R. Clarke
        Notice to Appear returned insufficient
    10:46:29 - Judge: VanDervort, R. Clarke
        Continued
```

*Total: 1 minute*

10:46:35 - Operator
    Stop recording:
------------------------------------------------------------